ACCEPTED
01-14-00641-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 3:14:05 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00641-CR

In the
**COURT OF APPEALS**
For the
**FIRST SUPREME JUDICIAL DISTRICT**
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 3:14:05 PM
CHRISTOPHER A. PRINE
Clerk

_____

On Appeal from the 434th District Court of
Fort Bend County, Texas
Cause Number 11-DCR-056513

_____

**CORNELIUS MILAN HARPER, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

_____

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Cornelius Milan Harper, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1. Appellant's brief was due in this case on April 22, 2015.

2. Appellant seeks an extension of sixty day in which to file his brief, making his brief due on or before June 21, 2015.

3. The undersigned inadvertently calendared the due date for Appellant's brief as May 22, 2015, instead of April 22, 2015. Nonetheless, the undersigned requested, and has received from this Court a copy of the Clerk's Record and Reporter's Record on disk and has begun review of those records. The Clerk's

Record is 1,034 pages and the Reporter's Record consists of seventy-one volumes.

4.    The undersigned, in the past thirty days, has filed briefs in the Third Court of Appeals in the cases of *Christopher Brian Roberts v. The State of Texas*, No. 03-14-00637-CR; *Timothy Colt Castleberry v. The State of Texas*, No. 03-14-00599-CR; and has completed the brief in *Rex Allen Nisbett v. The State of Texas*, No. 03-14-00402-CR, which will be filed May 8, 2015.   Additionally, the undersigned filed a brief in the Fourteenth Court of Appeals in the case of *Joseph Henry Edward Haynes v. The State of Texas*, No. 14-15-00040-CR.   The undersigned also filed Petitions for Writ of Habeas Corpus in the cases of *Ex parte Robert Jesse Padilla, Jr.*, No. 06-921-K368 & No. 06-937-K368, in the 368th District Court of Williamson County, Texas.   Finally, the undersigned has made numerous Court appearances and has undertaken the tasks associated with the practice of a solo attorney's office.

5.    The undersigned has not filed any previous motions for extension of time in this case.

6.    For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on June 22, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,

_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Fort Bend County District Attorney's Office, 301 Jackson Street, Richmond, Texas 77469, on May 7, 2015.


__/s/ Kristen Jernigan_____
Kristen Jernigan